WILLIAM C. TONETTI, an Infant, etc., by EMIL TONETTI, His Guardian ad Litem, Respondent, v. JOHN R. SHANNON, Appellant.— Order affirmed, with ten dollars

costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.